United States District Court

Eastern District of California

United States of America,

    Plaintiff,             No. Mag. 05-0296-JFM

  vs.                   Detention Order

Victor Alanis,

    Defendant.

-oOo-

A.    <u>Order For Detention</u>

After conducting a detention hearing pursuant to 18 U.S.C. § 3142(f) of the Bail Reform Act, the Court orders the above-named defendant detained pursuant to 18 U.S.C. § 3142(e) and (i).

B.    <u>Statement Of Reasons For The Detention</u>

The Court orders the defendant's detention because it finds:

  __x__    By a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.

  __x__    By clear and convincing evidence that no condition or combination of conditions will reasonably assure

1           the safety of any other person and the community.
2  C.   <u>Findings Of Fact</u>
3       The Court's findings are based on the evidence which was presented in Court and that which was contained in the Pretrial
4  Services Report, and includes the following:
5     __x__        (1)  Nature and Circumstances of the offense charged.
6
7         __x__       (a) The crime.

         __x__       (b) The offense is a crime of violence.
8
         _____       (c) The offense involves a narcotic.
9
         _____       (d) The offense involves a large amount of
10                       controlled substances.

11    __x__        (2)  The weight of the evidence against the defendant is high.
12
      _____        (3)  The history and characteristics of the
13                      defendant including:

14         _____ (a)  General Factors:

15              _____     The defendant appears to have a mental
                          condition which may affect whether the
16                        defendant will appear.

17              _____     The defendant has no family ties in the
                          area.
18
                _____     The defendant has no steady employment.
19
                _____     The defendant has no substantial
20                        financial resources.

21              _____     The defendant is not a long time resident
                          of the community.
22
                _____     The defendant does not have any
23                        significant community ties.

24              _____     Past conduct of the defendant:

25              _____     The defendant has a history relating to
                          drug abuse.
26

2

|  | The defendant has a significant prior criminal record. |
|---|---|
|  | The defendant has a prior record of failure to appear at court proceedings. |

(b) Whether the defendant was on probation, parole, or release by a court;

At the time of the current arrest, the defendant was on:

|  | Probation. |
|---|---|
|  | Parole. |
|  | Release pending trial, sentence, appeal or completion of sentence. |

(c) Other Factors

|  | The defendant is an illegal alien and is subject to deportation. |
|---|---|
|  | The defendant is a legal alien and will be subject to deportation if convicted. |
|  | Other: |

__x__  (4) <u>Rebuttable Presumptions</u>

In determining that the defendant should be detained, the court also relied on the following rebuttable presumption(s) contained in 18 U.S.C. § 3142(e), which the court finds the defendant has not rebutted:

|  | (a) (1) The crime charged is one described in § 3142(f)(1) |
|---|---|
|  | (A) a crime of violence; or |
|  | (B) an offense for which the maximum penalty is life imprisonment or death; or |
|  | (C) a controlled substance violation that has a maximum penalty of ten years or more; or |
|  | (D) a felony and defendant |

3

|   |   |   |
|---|---|---|
| | | previously was convicted of two or more of the offenses described in (A) through (C) above <u>and</u> |
| | (2) | Defendant previously has been convicted of one of the crimes listed in subparagraph (1)(A)-(C), above <u>and</u> |
| | (3) | The offense referred to in subparagraph (2) was committed while defendant was on release pending trial <u>and</u> |
| | (4) | Not more than five years has elapsed since the date of conviction or release from imprisonment for the offense referred to in subparagraph (2). |
| __x__ | (b) | There is probable cause to believe that defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed |
| _____ | | in the Controlled Substances Act, 21 U.S.C. §§ 801, et seq., |
| _____ | | the Controlled Substances Act , 21 U.S.C. §§ 951, et seq., |
| _____ | | the Maritime Drug Law Enforcement Act, 46 U.S.C. App. §§ 1901, et seq., or |
| __x__ | | an offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b. |
| _____ | | an offense under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425. |

D.   <u>Additional Directives</u>

Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs that:

The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and

4

1  The defendant be afforded reasonable opportunity for private consultation with his counsel; and

2

3  That, on order of a court of the United States, or request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the

4  defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

5

6  Dated: October 18, 2005

7

8                                              /s/ Peter A. Nowinski
                                               Peter A. Nowinski
9                                              Magistrate Judge