| | |
|---|---|
| 1 | |
| 2 | GARCIA, SCHNAYERSON & MOCKUS<br>ATTORNEYS AT LAW |
| 3 | 225 West Winton Avenue<br>Suite 208 |
| 4 | Hayward, California 94544<br>Telephone: (510) 887-7445 |

FILED

FEB 13 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          )   CASE NO. CR S- 05-0456 FCD
         Plaintiff,       )
                          )
vs.                       )
                          )   SUBSTITUTION OF COUNSEL
VICTOR ALANIS,            )   AND (PROPOSED) ORDER
                          )
         Defendant.       )
_____)

Defendant herein, Victor Alanis, hereby requests that David Ronald Lebeouf, be relieved and that Jesse J. Garcia, Esq., whom I have retained, be substituted in its place to represent me.

DATED: 02/10/2006

_____
VICTOR ALANIS

I consent to the above substitution.

DATED: 02/10/2006

_____
DAVID RONALD LEBEOUF
Attorney at Law

I consent to the above substitution.

DATED: 02/10/2006

_____
JESSE J. GARCIA
Attorney at Law
Bar Card 61223

IT IS SO ORDERED

Dated: 2/13/06

_____
FRANK C. DAMRELL
United States District Judge