JESSE J. GARCIA Bar #41825
GARCIA, SCHNAYERSON & MOCKUS
ATTORNEYS AT LAW
225 West Winton
Suite 208
Hayward, California 94544
(510) 887-7445

Attorney for Defendant
VICTOR ALANIS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-05-0456 FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE STATUS HEARING |
| ) | |
| ) | "AS MODIFIED" |
| v. ) | |
| ) | |
| VICTOR ALANIS, ) | |
| ) | |
| Defendant. ) | |

VICTOR ALANIS, by and through his counsel, JESSE J. GARCIA, and the United States Government, by and through its counsel William Wong, Assistant United States Attorney, hereby agree that the stats hearing set for January 25, 2007, be re-scheduled. This continuance is requested by the defense and the prosecution in order to permit further negotiations and preparation of plea agreements for all defendants.

IT IS FURTHER STIPULATED that the time for trial under the Speedy Trial Act, 18 U.S.C. § 1361 et seq. be tolled pursuant to § 3161 (h)(8)(A) and (B)(iv), Local Code T-4 (time to prepare) from January 25, 2007 until February 20, 2007, and that the ends of justice served in granting the continuance and allowing the

1

1 defendant further time to prepare outweigh the best interests of the
2 public and the defendants in a speedy trial.
3     For the foregoing reasons, and the ends of justice are served
4 by continuing this case, the parties stipulate to a continuance of
5 the status hearing from January 25, 2007 at 9:30 a.m. to
6 February 20, 2007 at 1:30 a.m.
7     IT IS SO STIPULATED.
8 DATED: January 25, 2007

                                    Respectfully submitted,

                                     /s/
                                    JESSE J. GARCIA
                                    Attorney for the Defendant
                                    VICTOR ALANIS


                                    McGREGOR W. SCOTT
                                    United States Attorney

DATED: January 25, 2007        By  /s/
                                    WILLIAM WONG
                                    Assistant United States Attorney


    IT IS SO ORDERED.

DATED: January 29, 2007


                            _____
                            FRANK C. DAMRELL, JR.
                            UNITED STATES DISTRICT JUDGE