JESSE J. GARCIA (CSBN # 41825)
GARCIA, SCHNAYERSON & MOCKUS
ATTORNEYS AT LAW
225 West Winton
Suite 208
Hayward, California 94544
(510) 887-7445

Attorney for Defendant
VICTOR ALANIS

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR -05-0456 FCD |
| Plaintiffs, ) | |
| ) | **STIPULATION AND** |
| vs. ) | **ORDER TO CONTINUE** |
| ) | **SENTENCING HEARING** |
| ) | |
| VICTOR ALANIS ) | |
| ) | DATE:    September 4, 2007 |
| Defendant. ) | TIME:    10:00 a.m. |
| _____ ) | |

     VICTOR ALANIS , by and through his counsel, Jesse J. Garcia, and the United States Government, by and through its counsel William Wong, Assistant United States Attorney, hereby agree that the sentencing hearing set for August 6, 2007, be re-scheduled to September 4, 2007.

///

///

IT IS SO STIPULATED.

DATED: August 3, 2007

                              Respectfully submitted,

                              /s/ Jesse J. Garcia
                              JESSE J. GARCIA
                              Attorney for Defendant
                              VICTOR ALANIS

                              McGREGOR W. SCOTT
                              United States Attorney

DATED: August 3, 2007

                              /s/ William Wong
                              WILLIAM WONG
                              Assistant United States Attorney

**IT IS SO ORDERED**.

Upon good cause shown, the sentencing hearing is continued from August 6, 2007, at 10:00 a.m. to September 4, 2007, at 10:00 a.m., or the next available date.

Dated: August 6, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE