JESSE J. GARCIA (CSBN # 41825)
GARCIA, SCHNAYERSON & MOCKUS
ATTORNEYS AT LAW
225 West Winton
Suite 208
Hayward, California 94544
(510) 887-7445

Attorney for Defendant
VICTOR ALANIS

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, ) | | |
| ) | CASE NO. 2:05-cr-0456 FCD | |
| Plaintiffs, ) | | |
| ) | **STIPULATION AND** | |
| vs. ) | **ORDER TO CONTINUE** | |
| ) | **SENTENCING HEARING** | |
| ) | | |
| VICTOR ALANIS ) | | |
| ) | DATE: | January 14, 2008 |
| Defendant. ) | TIME: | 10:00 a.m. |
| ) | JUDGE: | Hon Frank C. Damrell Jr. |

VICTOR ALANIS , by and through his counsel, Jesse J. Garcia, and the United States Government, by and through its counsel William Wong, Assistant United States Attorney, hereby agree that the sentencing hearing set for November 26, 2007, be re-scheduled to January 14, 2008.

IT IS SO STIPULATED.

DATED:       November 20, 2007

Respectfully submitted,

  /s/ Jesse J. Garcia
JESSE J. GARCIA
Attorney for Defendant
VICTOR ALANIS

1

                                              McGREGOR W. SCOTT
                                              United States Attorney

DATED:      November 20, 2007

                                              /s/ William Wong
                                              WILLIAM WONG
                                              Assistant United States Attorney

     Upon good cause shown, the sentencing hearing is continued from November 26, 2007, at 10:00 a.m. to January 14, 2008, at 10:00 a.m.

     IT IS SO ORDERED.

Dated: November 26, 2007

                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE