JESSE J. GARCIA (CSBN # 41825)
GARCIA, SCHNAYERSON & THOMPSON
ATTORNEYS AT LAW
225 West Winton
Suite 208
Hayward, California  94544
(510) 887-7445

Attorney for Defendant
VICTOR ALANIS

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN  DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. 2:05-cr-0456 FCD |
| Plaintiffs, ) | |
| ) | **STIPULATION AND** |
| vs. ) | **ORDER TO CONTINUE** |
| ) | **SENTENCING HEARING** |
| ) | |
| VICTOR ALANIS ) | |
| ) | DATE:    February 19, 2008 |
| Defendant. ) | TIME:    10:00 a.m. |
| _____ ) | JUDGE:   Hon Frank C. Damrell, Jr. |

   VICTOR ALANIS , by and through his counsel, Jesse J. Garcia, and the United States Government, by and through its counsel William Wong,  Assistant United States Attorney, hereby agree that the sentencing hearing set for January 14, 2008, be re-scheduled to February 19, 2008 at 10:00 a.m.

///

///

IT IS SO STIPULATED.

DATED:   January 11, 2008

                                            Respectfully submitted,

                                              /s/ Jesse J. Garcia
                                            JESSE J. GARCIA
                                            Attorney for Defendant
                                            VICTOR ALANIS

                                            McGREGOR W. SCOTT
                                            United States Attorney

DATED:   January 11, 2008

                                              /s/ William Wong
                                            WILLIAM WONG
                                            Assistant United States Attorney

IT IS SO ORDERED.

Dated: January 11, 2008

                                            FRANK C. DAMRELL, JR.
                                            UNITED STATES DISTRICT JUDGE