JESSE J. GARCIA (CSBN 061223)
GARCIA, SCHNAYERSON & THOMPSON
ATTORNEYS AT LAW
225 West Winton
Suite 208
Hayward, California  94544
(510) 887-7445

Attorney for Defendant
VICTOR ALANIS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| THE UNITED STATES OF AMERICA, ) | |
|---|---|
| ) | CASE NO. CR-05-0456 FCD |
| Plaintiffs, ) | |
| ) | **STIPULATION AND ORDER** |
| vs. ) | **TO CONTINUE SENTENCING** |
| ) | **HEARING** |
| ) | |
| VICTOR ALANIS ) | |
| ) | |
| Defendant. ) | |
| _____) | |

      Victor Alanis, by and through his counsel, Jesse J. Garcia, and the United States Government, by and through its counsel, William Wong, Assistant United States Attorney, jointly stipulate and respectfully request that the Court vacate and continue the sentencing hearing currently set for February 2, 2009 at 10:00 a.m. to three (3) weeks from the sentencing hearing in the courtroom of Judge Frank C. Damrell, Jr.

///

///

IT IS SO STIPULATED.

Dated: January 30, 2009

                                        Respectfully submitted,

                                        /s/ Jesse J. Garcia
                                        JESSE J. GARCIA
                                        Attorney for Defendant
                                        VICTOR ALANIS

DATED: January 30, 2009

                                        /s/ William Wong
                                        Authorized to sign for
                                        WILLIAM WONG
                                        Assistant United States Attorney
                                        on 01/30/2009

**IT IS SO ORDERED.**

Upon good cause shown, the sentencing hearing currently scheduled for February 2, 2009 at 10:00 a.m. is VACATED, and the matter continued to February 23, 2009, three (3) weeks from February 2, 2009.

DATED: January 30, 2009

                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE