ERIC GRANT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:05-CR-00456-DJC-CKD |
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE; AND ORDER |
| v. | |
| VICTOR ALANIS, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1.      On January 16, 2026, the Defendant filed a motion for compassionate release. Docket No. 169. The Government's response is due March 9, 2026. Docket No. 171.

2.      Counsel for the Government requests additional time to review recently received documents from BOP and draft its response to the Defendant's motion. Counsel for the Defendant does not oppose the Government's request.

3.      Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the Defendant's motion for compassionate release as follows:

        a)      The Government's response to the Defendant's motion for compassionate release is to be filed on or before March 16, 2026;

STIPULATION RE BRIEFING SCHEDULE

1

b)      The Defendant's reply to the Government's response to be filed on or before April 15, 2026.

IT IS SO STIPULATED.

Dated:  March 9, 2026

ERIC GRANT
United States Attorney

/s/ *Heiko P. Coppola*
HEIKO P. COPPOLA
Assistant United States Attorney

Dated: March 9, 2026

*/s/ Brian C. McComas*
BRIAN C. McCOMAS
Attorney for Defendant
Victor Alanis

## ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the Defendant's motion for compassionate release:

a)      The Government's response to the Defendant's motion, (Docket No. 169), is now due on or before March 16, 2026;

b)      The Defendant's reply to the Government's response, if any, is due on or before April 15, 2026.

IT IS SO FOUND AND ORDERED this 9th day of March, 2026.

/s/ Daniel J. Calabretta
HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT COURT JUDGE

STIPULATION RE BRIEFING SCHEDULE

2